No. 375. UNITED STATES *v.* ARIZONA ET AL. On peti-
tion for writ of certiorari to the United States Court of
Appeals for the Ninth Circuit. *Per Curiam:* The peti-
tion for writ of certiorari is granted and the judgment is
reversed. *Hoiness* v. *United States,* 335 U. S. 297.

*Acting Solicitor General Stern* for the United States.
*Ross F. Jones,* Attorney General of Arizona, *Timothy D.
Parkman,* Special Assistant to the Attorney General, and
*Irwin Cantor,* Assistant to the Attorney General, for
respondents.

No. 443. FOSTER ET AL. *v.* BAY ET AL. Appeal from
the Court of Civil Appeals of Texas, First Supreme
Judicial District. *Per Curiam:* The motion to dismiss
is granted and the appeal is dismissed for the want of a
substantial federal question. *Henry H. Brooks* for ap-
pellants. *John Ben Shepperd,* Attorney General of
Texas, *Phillip Robinson,* Assistant Attorney General,
*Charles L. Black* and *Charles W. Bell* for appellees.

No. 112, Misc. EMERSON *v.* CALLAHAN, SHERIFF; and
No. 201, Misc. WILLIAMS *v.* SMYTH, SUPERINTEND-
ENT, VIRGINIA STATE PENITENTIARY. Motions for leave
to file petitions for writs of habeas corpus denied.